IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DOUGLAS F. GREER )<br>4617 Kenmore Drive, NW )<br>Washington, D.C. 20007, )<br>)<br>    Defendant. )<br>_____) | Civil No. 22-cv-2619 |

## **COMPLAINT**

Plaintiff, the United States of America, at the request and with the authorization of the Chief Counsel for the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this civil action to enforce the federal tax lien against certain real property located in Washington D.C., and to obtain a judicial sale of the real property with the proceeds from such sale being distributed according to the relative priorities of the parties' claims.

### JURISDICTION AND VENUE

1. Jurisdiction over this action is conferred upon this Court by 28 U.S.C. §§ 1331, 1340, and 1345, as well as 26 U.S.C. §§ 7402(a) and 7403.

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) because the real property that is the subject of this civil action is located in this district.

### PARTIES

3. Plaintiff is the United States of America.

4.	Defendant Douglas F. Greer resides in Washington D.C., within this judicial district and has an interest the real property that is the subject of this complaint.

## CLAIM FOR RELIEF

5.	The United States incorporates by reference the allegations set forth in paragraphs 1 through 4 above.

6.	A delegate of the Secretary of the Treasury made assessments against Douglas F. Greer for his federal income tax liabilities for tax year 2007 as follows:

| Tax Type | Tax Period Ending | Date of Earliest Assessment | Outstanding Balance[1] (as of August 29, 2022) |
|---|---|---|---|
| 1040 | 12/31/2007 | November 3, 2008 | $580,384.82 |

7.	The United States brought suit to reduce to judgment Douglas F. Greer's federal income tax assessments described in paragraph 6, above. The case was prosecuted under the case United States v. Douglas F. Greer, 1:18-cv-02497-KBJ (D.D.C.).

8.	On September 30, 2020, the United States District Court for the District of Columbia entered judgment in favor of the United States in the amount of $512,521.19 as of June 8, 2019 plus statutory additions that have accrued and will continue to accrue according to law. See United States v. Douglas F. Greer, 1:18-cv-02497-KBJ (D.D.C.), Dkt. No. 15.

9.	By reason of the assessments made against Douglas F. Greer for unpaid federal income taxes, federal tax liens arose on the dates of the assessments and, pursuant to 26 U.S.C. §§ 6321 and 6322, attached to all property and rights to property owned or thereafter acquired by Douglas F. Greer, including his interest in the real property located at 1811 47th Place Northwest Washington D.C. 20007.

---

[1] Includes statutory interest and penalties that have accrued, and which continue to accrue, on the remaining unpaid taxes.

10. On September 5, 1978, Defendant Douglas F. Greer acquired title to the real property located at 1811 47th Place Northwest, Washington, D.C. 20007 by deed from Joan Turek Brezina and Dennis Brezina.

11. On February 4, 1983, Defendant and his then wife Annette Greer executed a deed wherein they transferred their interests in the real property located at 1811 47th Place Northwest Washington D.C. 20007 to themselves as Tenants by the Entirety.

12. On April 25, 2007, Defendant Douglas F. Greer and Annette Greer executed a deed wherein they transferred their interests in the real property located at 1811 47th Place Northwest Washington D.C. 20007 to Defendant Douglas F. Greer.

13. The federal tax lien attributable to the assessments described in paragraph 6, above, attached to Defendant Douglas F. Greer's property and rights to property on the date of the assessments, including his interest in the real property described in paragraphs 10, 11, and 12 above.

14. The United States' tax liens should be foreclosed against Defendant Douglas F. Greer's interest in the real property located at 1811 47th Place Northwest Washington D.C. 20007. That interest should be sold, and the proceeds of such sale be distributed to the United States to satisfy the federal tax liens in a manner consistent with the relative priorities of the parties' claims.

15. On May 13, 2021, an Abstract of Judgment Notice was filed in the Washington D.C. Recorder of Deeds related to the Judgment described in paragraph 8, above. In addition to the interest provided by the United States' tax liens, the recording of the Abstract of Judgment Notice created a judgment lien under 28 U.S.C. § 3201 that attached to Defendant Douglas F. Greer's interest in the real property located at 1811 47th Place Northwest Washington D.C.

20007.  The United States' Judgment lien should be foreclosed against Defendant Douglas F. Greer's interest in the real property located at 1811 47th Place Northwest Washington D.C. 20007. That interest should be sold, and the proceeds of such sale be distributed to the United States to satisfy the judgment lien in a manner consistent with the relative priorities of the parties' claims.

**WHEREFORE**, the United States of America respectfully prays for judgment as follows:

(a) That the Court adjudge, determine, and decree that the United States has valid and subsisting federal tax and related judgment liens that encumber Douglas F. Greer's interest in the real property located at 1811 47th Place Northwest Washington D.C. 20007;

(b) That the Court order the United States' federal tax and related judgment liens be foreclosed, the real property located at 1811 47th Place Northwest Washington D.C. 20007 be sold at a judicial sale, and that the proceeds of the sale be distributed to the United States in satisfaction of its federal tax and related judgment liens; and

(c) That the Court grants the United States such other relief as it deems just and proper.

DATED: August 30, 2022                Respectfully submitted,

                                                                                DAVID A. HUBBERT
                                                                                Deputy Assistant Attorney General

                                                                                /s/*Ann Nash*
                                                                                ANN E. NASH
                                                                                Trial Attorney, Tax Division
                                                                                U.S. Department of Justice
                                                                                Post Office Box 227
                                                                                Washington, D.C.  20044
                                                                                Tel:  202-307-6489
                                                                                Fax:  202-514-6866
                                                                                Ann.E.Nash@tax.usdoj.gov

                                                                                *Counsel for the United States*